1  DAVID R. BURTT, State Bar No. 201220
     dburtt@obllaw.com
2  ANDREW J. MAILHOT, State Bar No. 238955
     amailhot@obllaw.com
3  ONGARO BURTT & LOUDERBACK LLP
   595 Market Street, Suite 610
4  San Francisco, CA  94105
   Telephone:  (415) 433-3900
5  Facsimile:  (415) 433-3950

6  Attorneys for Defendant
   JOHN A. McHUGH

7

IT IS SO ORDERED

Judge Susan Illston

8                          UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  DAVID JOHNSON,                          Case No. CV-11-1515 SI

12                  Plaintiff,              **PROPOSED SCHEDULING ORDER RE
                                            ADA ACT**
13          v.

14  JOHN A. McHUGH,

15                  Defendant.

16

17          The parties to the above-entitled action jointly submit this Proposed Scheduling Order re

18  ADA Act:

19          **1.      Initial Disclosures**

20          Pursuant to General Order No. 56, the parties will serve their Initial Disclosures by no

21  later than October 25, 2011.

22          **2.      Site Inspection**

23          Pursuant to General Order No. 56, the parties have scheduled a site inspection to be

24  conducted on November 1, 2011, at 10:00 a.m., at the Taco Bell restaurant located at 500 Contra

25  Costa Blvd. in Pleasant Hill, California.

26

27

28

1   **3.** **Settlement and ADR**

2        Although no ADR has occurred to date, the parties believe the prospects of settlement are

3   high.  If the case does not settle after Defendant receives Plaintiff's proposal for remediation,

4   Plaintiff will file a Notice of Need for Mediation.

5

6   DATED:  October 13, 2011          **LAW OFFICES OF THOMAS N. STEWART, III**

7

8                                     By:  /s/ *Thomas N. Stewart, III*
                                            Thomas N. Stewart

9                                     Attorneys for Plaintiff
                                      DAVID JOHNSON
10

11

12  DATED:  October 13, 2011          **ONGARO BURTT & LOUDERBACK LLP**

13

14                                    By:  /s/ *David R. Burtt*
                                            David R. Burtt

15                                    Attorneys for Defendant
                                      JOHN A. McHUGH
16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David R. Burtt, attest that concurrence in the filing of this Joint Case Management Statement has been obtained from each of the other signatories.

_____*/s/ David R. Burtt*_____
David R. Burtt

PROPOSED SCHEDULING ORDER RE ADA ACT
Case No. CV-11-1515-SI

### CERTIFICATE OF SERVICE
#### (FRCP 5)

I am a citizen of the United States and a resident of the State of California.  I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 595 Market Street, Suite 610, San Francisco, CA  94105.

I hereby certify that on October 14, 2011, I electronically filed the foregoing

**PROPOSED SCHEDULING ORDER RE ADA ACT**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517

Attorneys for Plaintiff David Johnson

Executed on October 13, 2011, at San Francisco, California.

_____/s/ *Martin Skowron*_____
Martin Skowron

PROPOSED SCHEDULING ORDER RE ADA ACT
Case No. CV-11-1515-SI