1  DAVID R. BURTT, State Bar No. 201220
    dburtt@obllaw.com
2  ANDREW J. MAILHOT, State Bar No. 238955
    amailhot@obllaw.com
3  ONGARO BURTT & LOUDERBACK LLP
   595 Market Street, Suite 610
4  San Francisco, CA  94105
   Telephone:  (415) 433-3900
5  Facsimile:  (415) 433-3950

6  Attorneys for Defendant
   JOHN A. McHUGH

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | Case No. CV-11-1515 SI |
| Plaintiff, | **PROPOSED SCHEDULING ORDER RE ADA ACT** |
| v. | |
| JOHN A. McHUGH, | |
| Defendant. | |

The parties to the above-entitled action jointly submit this Proposed Scheduling Order re ADA Act:

**1.    Initial Disclosures**

Pursuant to General Order No. 56, the parties will serve their Initial Disclosures by no later than October 25, 2011.

**2.    Site Inspection**

Pursuant to General Order No. 56, the parties have scheduled a site inspection to be conducted on November 1, 2011, at 10:00 a.m., at the Taco Bell restaurant located at 500 Contra Costa Blvd. in Pleasant Hill, California.

**3.     Settlement and ADR**

Although no ADR has occurred to date, the parties believe the prospects of settlement are high. If the case does not settle after Defendant receives Plaintiff's proposal for remediation, Plaintiff will file a Notice of Need for Mediation.

DATED: October 13, 2011          **LAW OFFICES OF THOMAS N. STEWART, III**

By: /s/ *Thomas N. Stewart, III*
       Thomas N. Stewart

Attorneys for Plaintiff
DAVID JOHNSON

DATED: October 13, 2011          **ONGARO BURTT & LOUDERBACK LLP**

By: /s/ *David R. Burtt*
       David R. Burtt

Attorneys for Defendant
JOHN A. McHUGH

- 3 -

**<u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u>**

I, David R. Burtt, attest that concurrence in the filing of this Joint Case Management Statement has been obtained from each of the other signatories.

                                                                 */s/ David R. Burtt*
                                                                   David R. Burtt

# CERTIFICATE OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 595 Market Street, Suite 610, San Francisco, CA 94105.

I hereby certify that on October 14, 2011, I electronically filed the foregoing

**PROPOSED SCHEDULING ORDER RE ADA ACT**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Thomas N. Stewart, III
> Attorney at Law
> 369 Blue Oak Lane, 2nd Floor
> Clayton, CA 94517
>
> Attorneys for Plaintiff David Johnson

Executed on October 13, 2011, at San Francisco, California.

                 /s/ *Martin Skowron*
                 Martin Skowron